James H Power
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
AMBI SHIPPING PTE LTD.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE HOLWELL

**08 CV 3094**

AMBI SHIPPING PTE LTD.,

      Plaintiff,

-against-

KOREA LINE CORP.,

      Defendant.

08 Civ. _____

CORPORATE DISCLOSURE
STATEMENT IN
ACCORDANCE WITH
RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

      I, James H Power, attorney for Plaintiff Ambi Shipping Pte Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

      Ambi Shipping Pte Ltd., is a joint venture between Lightwell Shipping Inc. and Mitsui & Co. Ltd. Lightwell Shipping Inc. is a wholly owned subsidiary of Malaysian Bulk Carriers (MBC) who is a public-listed company in Malaysia.

Dated:    New York, New York
             March 26, 2008

HOLLAND & KNIGHT LLP

By: _____
James H. Power
Lissa D. Schaupp
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:  (212) 385-9010

*Attorneys for Plaintiff*
*Ambi Shipping Pte Ltd.*

# 5214258_v1